UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DORIS FELICIANO-RICKETTS,

      Plaintiff,

v.                                      Case No:  6:20-cv-2228-Orl-31GJK

LARAMAR MANAGEMENT
SERVICE, LLC and ORANGE CO.
FALCON TRACE PARTNERS,
LTD.,

      Defendants.

REPORT AND RECOMMENDATION

On December 7, 2020, Defendant Orange Co. Falcon Trace Partners, Ltd. ("Falcon Trace") removed this action to this Court from the Ninth Judicial Circuit Court in and for Orange County, Florida. Doc. No. 1. Plaintiff Doris Feliciano-Ricketts sues Falcon Trace and Defendant Laramar Management Service, LLC ("Laramar"), for negligence allegedly causing her to trip and fall on their premises. Doc. No. 1-3. Falcon Trace alleges that Feliciano-Ricketts is a citizen of Florida, and Career Solutions is a Florida corporation with its principal place of business in Florida, but alleges generally that it is a "foreign limited liability company licensed under the laws of the State of Texas[,]" and that "Laramar is a foreign limited liability company licensed under the laws of the State of Illinois." Doc. No. 1 at ¶¶ 7-9. Despite asserting diversity jurisdiction, Falcon Trace did not allege the

citizenship of either its members or Laramar. Because it is unclear whether the Court has subject matter jurisdiction, Falcon Trace, as the removing party, was ordered to show cause in writing by January 4, 2021, as to why this case should not be dismissed for lack of subject matter jurisdiction. Doc. No. 10. The Order states that failure to comply "in the time provided may result in this case being dismissed without further warning." *Id.* at 4. To date, Falcon Trace has not filed a response to the Order.

Accordingly, it is **RECOMMENDED** that this case be **REMANDED**.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida, on January 11, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties