# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORIS FELICIANO-RICKETTS,**

    **Plaintiff,**

**v.**                                                                              **Case No: 6:20-cv-2228-Orl-31GJK**

**LARAMAR MANAGEMENT SERVICES, LLC and ORANGE CO. FALCON TRACE PARTNERS, LTD,**

    **Defendants.**

## ORDER

This cause comes before the Court on consideration of a Report and Recommendation issued by United States Magistrate Judge Gregory J. Kelly on January 11, 2021, after his *sua sponte* review of the court's jurisdiction in this case. Judge Kelly recommends that the case be remanded. No objections to the report have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is remanded to the Ninth Judicial Circuit Court in and for Orange County, Florida.

3.      The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 8, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party